### SMART *v.* VALENCIA
No. 2728 (See 49 Nev. 411)
ON PETITION FOR REHEARING
December 7, 1926.

*Per Curiam:*

Rehearing denied.

### STATE *v.* TONOPAH EXTENSION M. CO.
No. 2711 (See 49 Nev. 428)
ON PETITION FOR REHEARING
May 4, 1927.

*Per Curiam:*

Rehearing denied.

### SPRINGMEYER *v.* IRRIGATION DISTRICT NO. 1
No. 2660 (See 50 Nev. 80)
ON PETITION FOR REHEARING
January 13, 1928.

*Per Curiam:*

Rehearing denied.